

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2025

No. 04-25-00239-CR

**IN RE** Danny **ALLEN**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice

On April 11, 2025, petitioner filed a petition for writ of habeas corpus. Having considered the petition for writ of habeas corpus and arguments therein, we have determined that petitioner is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 23, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CR6311, styled *State of Texas vs Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.